UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY WASHINGTON,<br><br>                              Plaintiff,<br><br>              v.<br><br>GEORGE BLOUNT SECURITY INC., et al.,<br><br>                              Defendants. | 23-CV-4853 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The conference scheduled for December 12, 2023, at 2:30 p.m. ET, will now be held on for **December 12, 2023, at 3:30 p.m. ET**. The conference will be held over Microsoft Teams.

The parties shall join by calling (646) 453-4442 and entering the Conference ID: 991 647 272, followed by the pound (#) sign.

    SO ORDERED.

Dated:  December 5, 2023
        New York, New York

_____
DALE E. HO
United States District Judge