UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY WASHINGTON, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>-against-<br><br>GEORGE BLOUNT SECURITY INC., d/b/a HONDO SECURITY, and GEORGE BLOUNT, individually,<br><br>Defendants. | **Docket No.:**<br>1:23-cv-04853-DEH<br><br>**JUDGMENT** |

**WHEREAS**, on February 6, 2024, Defendants GEORGE BLOUNT SECURITY INC., d/b/a HONDO SECURITY, and GEORGE BLOUNT, individually, (together as "Defendants"), offered Plaintiff ANTHONY WASHINGTON and Opt-in Plaintiff SUPREME ALLAH (together as "Plaintiffs") to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of pre-judgment interest, attorneys' fees, and costs; and

**WHEREAS**, on February 16, 2024, Plaintiffs filed a Notice of Acceptance of this offer; it is **HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00).

SO ORDERED.

Dated: February 23, 2024,

New York, New York.

_____
 DALE E. HO
United States District Jugde